**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7262**

JONATHAN A. HARRIS, SR.,

        Plaintiff - Appellant,

        v.

J. SADLER, Human Service Administrator; MICHAEL D. BROOKS, Ordering Physician/Attending Physician; S. HILL, L.P.N.; ARMOR MEDICAL SERVICES; BETH CABELL, Warden of Sussex II State Prison; HAROLD W. CLARKE, Director; A. DAVID ROBINSON, Chief of Operations; FREDERICK SCHILLING, Director of Health Services; VINCE DALTON, M.D.; SMITH, Physical Therapist; ANITA CRITTON, Grievance Coordinator; P. LAMPMEN, H.S.A.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:20-cv-00451-AWA-RJK)

Submitted:  September 28, 2023                    Decided:  October 2, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan A. Harris, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan A. Harris, Sr., appeals the district court's dismissal of his complaint without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and comply with a court order.[*] We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Harris v. Sadler*, No. 2:20-cv-00451-AWA-RJK (E.D. Va. Oct. 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court did not afford Harris leave to amend, the dismissal order, although without prejudice, is a final, appealable order. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).